Anthony M. PIMENTAL, III

v.

GOLDMAN, BIAFORE & HINES et al.

No. 80–211–A.

Supreme Court of Rhode Island.

Nov. 5, 1980.

William J. Peotrowski, Jr., Providence, for plaintiff.

John D. Biafore, Providence, for defendants.

ORDER

This case comes before us on defendants' motion to affirm a judgment of the Superior Court which dismissed plaintiff's action on the ground that he failed to file more responsive answers to interrogatories as ordered by the court. Oral argument on said motion was heard November 3, 1980. After considering the memorandum in support of said motion, as well as the points raised in oral argument, we find that plaintiff's appeal is without merit and therefore we grant the motion to affirm in accordance with Rule 16(g) of the Rules of Appellate Procedure. The case may be remitted to the Superior Court.

Higgins, Cavanagh & Cooney, John T. Walsh, Jr., Providence, for respondents.

ORDER

In this controversy, the plaintiffs, relying upon the provisions of G.L. 1956 (1969 Reenactment) § 10–3–12(c), seek to vacate an arbitrator's award given pursuant to the uninsured motorist provisions of an insurance policy because the arbitrator improperly limited the scope of cross-examination of the uninsured motorist and barred testimony of certain representatives of the Registry of Motor Vehicles.

Oral arguments on the defendants' motion to affirm the judgment of the Superior Court pursuant to our Rule 16(g) were heard by us on November 6, 1980. After consideration of the arguments and a review of the record, the defendants' motion is hereby granted, the plaintiffs' appeal is denied and dismissed, and the judgment appealed from is affirmed.

Robert THRESHIER et al.

v.

COMMERCIAL UNION INS. CO. et al.

No. 79–512–Appeal.

Supreme Court of Rhode Island.

Nov. 14, 1980.

Resmini, Fornaro, Colagiovanni & Angell, Ronald J. Resmini, Providence, for plaintiffs.